UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| OMAR MCCLAIN, JR,<br><br>Plaintiff,<br><br>vs.<br><br>BOUMA FIRE, INC. d/b/a Service First Fire Sprinkler,<br><br>Defendant. | 4:26-CV-04161-RAL<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |

Plaintiff Omar McClain, Jr., filed a pro se lawsuit. Doc. 1. McClain also filed a motion for leave to proceed in forma pauperis. Doc. 2. A federal court may authorize the commencement of any lawsuit without prepayment of fees when an applicant submits an affidavit stating he or she is unable to pay the costs of the lawsuit. 28 U.S.C. § 1915(a)(1). "[I]n forma pauperis status does not require a litigant to demonstrate absolute destitution." Lee v. McDonald's Corp., 231 F.3d 456, 459 (8th Cir. 2000). But in forma pauperis status is a privilege, not a right. Williams v. McKenzie, 834 F.2d 152, 154 (8th Cir. 1987). Determining whether an applicant is sufficiently impoverished to qualify to proceed in forma pauperis under § 1915 is committed to the sound discretion of the district court. Cross v. Gen. Motors Corp., 721 F.2d 1152, 1157 (8th Cir. 1983).

Although McClain lists average monthly expenses of $2,159, his financial affidavit indicates that he has a balance of $7,000 in his checking account. Doc. 2 at 2, 5. Therefore, McClain has not shown that he is sufficiently impoverished to qualify to proceed in forma pauperis, nor has he shown that he is unable to pay the full civil complaint filing fee of $405. Thus, McClain's motion for leave to proceed in forma pauperis, Doc. 2, is denied. McClain must pay

the full civil complaint filing fee of **$405 by September 23, 2026**. Failure to do so will result in the dismissal of his complaint without prejudice for failure to prosecute.

Accordingly, it is

ORDERED that McClain's motion for leave to proceed in forma pauperis, Doc. 2, is denied. McClain must pay the full civil complaint filing fee of **$405 by September 23, 2026**, made payable to the Clerk, U.S. District Court. If McClain does not pay the filing fee by September 23, 2026, his complaint will be dismissed without prejudice for failure to prosecute.

DATED August 24th, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE