UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| OMAR MCCLAIN, JR,<br><br>Plaintiff,<br><br>vs.<br><br>BOUMA FIRE, INC. d/b/a Service First Fire Sprinkler,<br><br>Defendant. | 4:26-CV-04161-RAL<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR SUBPOENAS |

Plaintiff Omar McClain, Jr., filed a pro se lawsuit and paid the full civil complaint filing fee. Docs. 1, 8. McClain has filed two motions requesting that the Court "permit [him] to obtain a subpoena pursuant to Federal Rule of Civil Procedure 45 directed to the Salina Police Department" and the Walmart in Salina, Kansas, for the purpose of receiving records pertaining to an incident on August 26, 2025, at the Walmart in Salina. Docs. 10, 11.

Federal Rule of Civil Procedure 45(a)(3) provides that "[t]he clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it." Fed. R. Civ. P. 45(a)(3). But this matter is in its preliminary stages and defendants have not yet been served. Therefore, motions for discovery at this stage of the proceedings are premature. Federal Rule of Civil Procedure 26(d)(1) provides that "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order." But the exemptions in Rule 26(a)(1)(B) do not apply here, there is no rule, stipulation, or court order exempting this case, and the parties have not met pursuant to Rule 26(f). Although McClain is proceeding pro se, a plaintiff's "pro se status [does] not entitle him to disregard the Federal Rules

of Civil Procedure[.]" Bennett v. Dr Pepper/Seven Up, Inc., 295 F.3d 805, 808 (8th Cir. 2002) (quoting Carman v. Treat, 7 F.3d 1379, 1381 (8th Cir. 1993)). Therefore, McClain's discovery motions, Docs. 10, 11, are denied without prejudice, but McClain may seek this information informally.

Accordingly, it is

ORDERED that McClain's discovery motions, Docs. 10, 11, are denied without prejudice.

DATED August 31st, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE